UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

FORTINO "TINO" PILIER,

Defendant.

25-CR-16 (JLS) (HKS)

---

## DECISION AND ORDER

Defendant Fortino "Tino" Pilier is charged in a two-count indictment with possession of a postal service key, in violation of Title 18, United States Code, Section 1704. See Dkt. 7. The case has been referred to United States Magistrate Judge H. Kenneth Schroeder Jr. to hear and determine, and report and recommend on, all pre-trial proceedings under 28 U.S.C. §§ 636(b)(1)(A) and (B). See Dkt. 9.

On March 13, 2025, Pilier filed an omnibus motion to suppress evidence and for various other pre-trial items, as well as a motion for bill of particulars. See Dkt. 12, 13. The Government responded in opposition. Dkt. 14. Pilier did not reply.

Judge Schroeder heard oral argument on April 9, 2025, and held an evidentiary hearing on May 19, 2025.

On June 18, 2025, Judge Schroeder issued a Report, Recommendation and Order ("R&R"), recommending that this Court deny Pilier's suppression motion.[1] See Dkt. 16, at 12. Neither party filed objections, and the time to do so has passed.

A district court may accept, reject, or modify the findings or recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b)(3). A district court must conduct a *de novo* review of those portions of a magistrate judge's recommendation to which a party objects. 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b)(3). But neither 28 U.S.C. § 636 nor Federal Rule of Criminal Procedure 59 requires a district court to review the recommendation of a magistrate judge to which no objections are raised. See *Thomas v. Arn*, 474 U.S. 140, 149–50 (1985).

This Court has carefully reviewed the R&R, and accepts and adopts Judge Schroeder's recommendations.

For the reasons above and in the R&R, Pilier's motion to suppress evidence, *see* Dkt. 12, is DENIED.

SO ORDERED.

Dated:   July 8, 2025
         Buffalo, New York

                                          _____
                                          JOHN L. SINATRA, JR.
                                          UNITED STATES DISTRICT JUDGE

---

[1] Judge Schroeder resolved the remaining motions. See Dkt. 15.